UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLINE STOKKE, | ) | CIV. 11-4062-KES |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed on the merits, with prejudice, and with the parties bearing their own costs.

Dated December 27, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE